**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                               CASE NO: 3:05-M-0243-TEM

ARTURO SANCHEZ-SANCHEZ

## ORDER

On July 28, 2005, defendant, with his court-appointed counsel Gonzalo R. Andux, Esquire, appeared before this Court and executed a Waiver of Preliminary Examination or Hearing. The Court made inquiry of defendant, under oath, and based thereon, finds that defendant knowingly, intentionally, voluntarily and freely waived his right to a preliminary hearing.

Accordingly, the defendant is held to await further action by the federal grand jury.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005.

_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies furnished to:
Asst. U. S. Attorney (Gallagher)
Gonzalo R. Andux, Esquire